```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  05-00376 SOM |
|---|---|---|
| Plaintiff, | ) ) | SENTENCING STATEMENT OF THE UNITED STATES; |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| JOEY GINO NICOLAI, | ) ) | Date:  May 22, 2006 Time:  1:30 p.m. |
| Defendant. | ) ) | Judge: Susan Oki Mollway |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: April 6, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Jonathan M. F. Loo
                                 JONATHAN M. F. LOO
                                 Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First-Class Mail:                         April 6, 2006

DAVID KLEIN, ESQ.
841 Bishop Street, Suite 2116
Honolulu, HI 96813

Attorney for Defendant
JOEY GINO NICOLAI

Served by Hand-Delivery:                            April 6, 2006

U.S. PROBATION OFFICE
ATTN: Rosanne T. Donohoe
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED:  Honolulu, Hawaii, April 6, 2006.

/s/ M. Derby-Taufa'asau